# GOTTLIEB, RACKMAN & REISMAN, P.C.

COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N. Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
MARIA A. SAVIO
MARC P. MISTHAL
BARRY R. LEWIN
MITCHELL S. FELLER

COUNSEL
DIANA MULLER*

*MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA L. MIRMAN
JONATHAN M. PUROW
JASON R. WACHTER
JONATHAN A. MALKI
MICHAEL NESHEIWAT
DAVID D. RODRIGUES

PATENT AGENT
ZOYA V. CHERNINA

OF COUNSEL
GEORGE GOTTLIEB
JAMES REISMAN
DAVID S. KASHMAN
TIBERIU WEISZ
SILVIA SALVADORI

April 14, 2016

**Via ECF**
Hon. Barbara Moses
United States District Court
Southern District of New York
New York, New York 10007

Re:   *Closed Joint Stock Co. "CTC Network", et al. v. ActavaTV, Inc., et al.,*
       **15 Civ. 8681 (GBD) (BCM)**

Dear Judge Moses:

In accordance with Local Rule 7.1 and the Court's Individual Practices Section II(A), the parties jointly submit this letter to request that:

(i)   Plaintiffs' deadline to file a motion to compel be adjourned from April 22, 2016 to May 6, 2016;

(ii)  Plaintiffs' deadline to file proposed findings of fact and conclusions of law and supporting papers with respect to the damages inquest be adjourned from May 13, 2016 to May 27, 2016; and

(iii) Defendant's time to file its response with respect to the damages inquest be adjourned from June 6, 2016 to June 20, 2016.

The parties have also separately agreed that the deposition of Rouslan Tsoutiev, as representative of ActavaTV, Inc. pursuant to Fed. R. Civ. P.30(b)(6) will be postponed from April 18, 2016 to May 2, 2016.

Lastly, the parties are available for a brief status teleconference at Your Honor's convenience on April 27, 28, or 29.

This is the third joint request to adjourn Plaintiffs' deadline to file a motion to compel and the parties' respective inquest submissions. The Court granted both prior requests. (Dkt. Nos. 64, 67). A proposed order accompanies this letter.

As Your Honor is aware, following the settlement conference on April 13, 2016 the parties are engaged in ongoing negotiations. The parties believe that the adjournments sought

will assist in resolving this matter.

Respectfully Submitted,

| | |
|---|---|
| DUNNINGTON, BARTHALOW & MILLER, LLP<br>*Attorneys for Plaintiffs* | GOTTLIEB, RACKMAN & REISMAN, P.C.<br>*Attorneys for Defendant* |
| By: \_/s/\_ Samuel A Blaustein_____<br>　　Raymond J. Dowd<br>　　Samuel A. Blaustein<br>　　250 Park Avenue, Suite 1103<br>　　New York, New York 10177<br>　　(212) 682-8811<br>　　rdowd@dunnington.com<br>　　sblaustein@dunnington.com | By: \_/s/Jonathan A. Malki_____<br>　　Marc P. Misthal<br>　　Jonathan A. Malki<br>　　270 Madison Avenue<br>　　New York, New York 10016<br>　　(212) 684-3900<br>　　mmisthal@grr.com<br>　　jmalki@grr.com |