UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CLOSED JOINT STOCK COMPANY "CTC NETWORK," CLOSED JOINT STOCK COMPANY "TV DARIAL," CLOSED JOINT STOCK COMPANY "NEW CHANNEL,"

         Plaintiffs,

-against-

ACTAVA TV, INC. (http://www.actava.tv),

         Defendant.

------------------------------------- x

ORDER

15 Civ. 8681 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

  The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
   May 2, 2016

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge